United States District Court

Judge George Caram Steeh

231 W Lafayette Blvd

Detroit, MI 48226

Greetings Honorable Judge George Caram Steeh. My name is Audrey Moore and I am requesting an expungement for a cased filed in 1977. The docket numbers are 7780169 and 7780068. When I receive my license in 2011, this same matter came up. I went in front of a judge then and they threw it out. Now it is time for me to renew my CPL again and they are being denied because of this same issue. I received documentation that stated the case was closed, and all counts were terminated.

Not sure of what else needs to be done. If there is any additional information required , please advise. Your attention to this matter would be greatly appreciated.

Please find enclosed copies of what I received from the court.

Kind Regards,

Audrey Moore

Audrey Moore

Ms Audrey L Moore
12827 Sparling St
Hamtramck, MI 48212

U.S. POSTAG
FCM LG ENV
HAMTRAMCK
48212
OCT 22, 20
AMOUNT
$1.2
R2305K13412

UNITED STATES POSTAL SERVICE
1000
48226

Metroplex MI 480 ZIP
FRI 23 OCT 2020 PM

United States District Court
Judge George Caram Steeh
231 W. Lafayette Blvd.
Detroit, Michigan 48226

US MARSHAL

CRIMINAL DOCKET - U.S. District Court

FELONY Fel X — District 645, Office 2, Judge/Magistrate Assigned 4523

U.S. vs. CASH, AUDREY L.
a/k/a MOORE, AUDREY
nee PENLAND, AUDREY
(LAST, FIRST, MIDDLE)

Case Filed: Mo. 1, Day 11 — No. of Def's *1 — Yr. 77, Docket No. 80068

OFFENSES CHARGED

| U.S. TITLE/SECTION | OFFENSES CHARGED | ORIGINAL COUNTS |
|---|---|---|
| 18:1001 | False Statement to Government (Cts. 1,& 2) | 2 |
| 18:1341 | Mail Fraud (Cts 3,4,5 & 6) | 4 |

Total Cts 6

BAIL • RELEASE: XX Pers. R

II. KEY DATES & INTERVALS

ARREST or U.S. Custody Began: 02/07/77C

First Appearance: * 02/07/77

INDICTMENT: 1-11-77

ARRAIGNMENT: 02/07/77; 1st Plea 02/07/77 — X NG

Disposition of Charges: 04/15/77 — XX Dismissed: XX On Governm'ts Motion

ATTORNEYS — Defense: X Ret.

U.S. Attorney or Asst.: Vincent A. Laubach

Defense: Sheldon Halpern

* Show last names and suffix numbers of other defendants on same indictment/information:

| 1977 DATE | (DOCUMENT NO.) PROCEEDINGS |
|---|---|
| Jan. 11. | 1. INDICTMENT, filed. DD 1-12-77 |
| " 25 | -- Deft. Cash fails to appear - no motion for bench warrant. Adj. to P.M.. Tape S-132 & S-133 Stith, M. DD 1/28/77 |
| Feb. 7 | -- Deft. Cash arr. with counsel, Sheldon Halpern, deft. pled not guilty. Personal rec. bond. Govt. to dismiss at sentencing of case #7-80169. (Deft. appeared voluntarily.) DD 2/7/77 Joiner, J. |
| April 15 | 2. Motion and order for dismissal of indict. as to deft. Cash and cancelling bond - deft. sentenced on a guilty plea in #7-80169, filed and entered. DD 4/18/77 Joiner, J. |

FORM AO-256

POSITE THE APPLICABLE DOCKET ENTRIES SHOW. IN SECTION V. ANY OCCURENCE OF EXCLUDABLE DELAY PER 18 USC § 3161(h)

| DATE | IV. PROCEEDINGS (continued) PAGE TWO (DOCUMENT NO.) | V. EXCLUDABLE DELAY Interval Section II (a) | Start Date End Date (b) | Ltr. Code (c) | Total Days (d) |
| --- | --- | --- | --- | --- | --- |
| | | | | | |

LETTER CODES — For identifying Periods of Excludable Delay (U.S.C. 3161):

A. Exam... hearin... mental... physical capac... U.S.C.
B. NARA... nation... U.S.C.
C. State c... trials o... charge...
D. Interlo... Appeal...
E. Hearin... pretrial...
F. Transfe... other c... (per F.R. Rules ... & 40).
G. Defend... tion is under ... mont. ... up to 3... is excl... per 3161(h...
H. Miscell... Procee... Probati... Parole... tion, De... tion, Extradi...
I. Prosec... ferred ... mutual ... ment.
M. Unavail... of defe... or esse... witness...
N. Period... tal or p... incomp... of defe... stand t...
O. Period... NARA ... mitmen... Treatm...
P. Supers... indictm... and/or charges...
R. Defend... awaitin... of Co-d... dant wi... severan... been g...
T. Contin... Granted... 3161(h)... (i.e. end... justice ... plexity ... outweig... fendant... interest...
U. Time b... guilty p... plea wi... drawal.
W. Grand ... dictmen... tended ... 3161 (b...

FINE AND RESTITUTION PAYMENTS

| DATE | RECEIPT NUMBER | C.D. NUMBER | DATE | RECEIPT NUMBER | C.D. NUMBER |
| --- | --- | --- | --- | --- | --- |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |



CRIMINAL DOCKET U.S. District Court

PETTY OFFENSE PO / MINOR OFFENSE MO / MISDEMEANOR Mis / FELONY Fel X

JUDGE/MAGISTRATE: Assigned 645 2 4523 Disp./Sentence — District, Office

U.S. vs. CASH, AUDREY L. nee PENLAND (LAST, FIRST, MIDDLE)

JUVENILE

Case Filed Mo. 2 Day 4 — No. of Def's 1

77 80169 Yr. Docket No.

U.S. MAG. CASE NO.

OFFENSES CHARGED — U.S. TITLE/SECTION: 18:1341 Mail Fraud — ORIGINAL COUNTS 1

Total Ct. 1

SUPERSEDING COUNTS

BAIL • RELEASE: Denied; AMT Set $1,000; Date 2/7/77; Bail Not Made; Status Changed (See Docket); Fugitive; Pers. R; PSA; conditions; 10% Dep; Surety B; Collateral; 3rd Prty Cust

II. KEY DATES & INTERVALS

ARREST or U.S. Custody Began 2/7/77; Summons Served; First Appearance 2/7/77 *

High Risk Date; In Charging District

INDICTMENT / Information; Indict. Waived 2-4-77 X; Superseding Indict/Info X 2-4-77

ARRAIGNMENT 2/7/77; 1st Plea 2/7/77 (NG, G X, NOL); Final Plea 2/7/77 (NG, G X, NOL); G. Plea W/Drawn

TRIAL: Trial Set For; Voir Dire; Trial Began; Trial Ended

SENTENCE: Disposition of Charges 2/7/77; 4/15/; Convicted; Acquitted; Dismissed; On All C; On Less Offense; WOP; On Governm't Motion

MAGISTRATE

Search Warrant Issued / Return; Summons Issued / Served; Arrest Warrant Issued; COMPLAINT; OFFENSE (In Complaint) — DATE — INITIAL/NO.

INITIAL APPEARANCE DATE; PRELIMINARY EXAMINATION OR REMOVAL HEARING — Date Scheduled; Date Held; WAIVED; NOT WAIVED; INTERVENING INDICTMENT; Tape Number

OUTCOME: DISMISSED; HELD FOR GJ OR OTHER PROCEEDING IN THIS DISTRICT; HELD FOR GJ OR OTHER PROCEEDING IN DISTRICT BELOW:

ATTORNEYS

U.S. Attorney or Asst.: Vincent A. Laubach (P25065)

Defense: CJA X Ret. Waived Self None Other PD CD — Sheldon Halpern

* Show last names and suffix numbers of other defendants on same indictment/information:

| 1977 DATE | (DOCUMENT NO.) PROCEEDINGS |
|---|---|
| Feb. 4. | 1. SUPERSEDING INFORMATION, filed, w/waiver. DD 2-7-77 |
| " 7 | -- App on Superseding Information; Deft rep by counsel; Deft pleads guilty to Ruel 11 (2 yrs maximun) Bail set at $1,000 unsecured; referred to probation; Set for Sentence on 3/28/77. DD 2/27/77 Joiner J |
| " 7 | 2. Order re release on $1,000 personal bond. DD 2/7/77 Joiner J |
| " 7 | 3. Deft's Acknowledgment of Superseding Information. DD 2/7/77 |
| " 7 | 4. Final BOnd-- Personal in the amount of $1,000. DD 2/7/77 |
| March 28 | --- Deft rep by counsel; Sentencing adj to 4/12/77. DD 3/29/77 |
| April 15 | --- Deft sentenced. DD 4/18/77 |
| " 15 | 5. Order re; release of information in presentence report. DD 4/18/77 Joiner J |

EXCLUDABLE DE (a) (b)

POSITE THE APPLICABLE DOCKET ENTRIES SHOW. IN SECTION V ANY EXCLUDABLE DELAY

| DATE | (DOCUMENT NO.) IV. PROCEEDINGS (continued) PAGE TWO | V. EXCLUDABLE DELAY (a) | (b) | (c) | (d) |
|---|---|---|---|---|---|
| 1977 · 18 | 6. JUDGMENT: Deft rep by counsel; Deft placed in the custody of Attorney General for one (1) year, the imposition of sentence is suspended and deft is placed on probation for a period of one (1) year; Further Adjudged that as a special condition of probation deft shall perform service of a public importance to be determined and approved by the Probation Dept 1 day per week and/or for a total of 52 days within the period of probation; Further adjudged that deft's appearance bond is exonerated. DD 4/19/77 (deft sent. on 4/15/77) Joiner J | | | | |

FINE AND RESTITUTION PAYMENTS

| DATE | RECEIPT NUMBER | C.D. NUMBER | DATE | RECEIPT NUMBER | C.D. NUMBER |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

US-V-CASH

as of 03/06/84 at 11:16 PM

---

Judge: JUDGE JOINER Case Filed: 01/11/77

Defendant:

D1 CASH, AUDREY L

Aka:
MOORE, AUDREY

Dft ID: -2302

Defendant terminated: 04/15/77

Defense Counsel:
HALPERN, SHELDON
HALPERN, MOGILL, BUSH, POSNER, WEISS & MCFADDEN
1455 CENTRE ST.
DETROIT, MI 48226
962-7210

U S Attorneys:
LAUBACH, VINCENT
226-7114

...........................................................................

US-V-CASH

PROCEEDINGS

| | |
|---|---|
| 01/11/77 | US Attorney LAUBACH, VINCENT added to case (Dkt'd 01/11/77). |
| | Case assigned to JUDGE JOINER (Dkt'd 03/30/80). |
| 03/28/77 | Attorney HALPERN, SHELDON added to case (Dkt'd 03/28/77). |
| 04/15/77 | Case closed: All counts terminated (Dkt'd 09/28/77). |

.............................................................................

End of docket

DKTRPT 2:77cr80068-01 03/30/80 U.S. District Court, Eastern District of Michigan

CR-77-80169-01

CR-77-80169-01

US-V-CASH

as of 03/06/84 at 11:16 PM

---

Judge: JUDGE JOINER

Case Filed: 02/04/77

Defendant:

D1 CASH, AUDREY L

Dft ID: -2457

Defendant terminated: 04/15/77

Defense Counsel:
HALPERN, SHELDON
HALPERN, MOGILL, BUSH, POSNER, WEISS & MCFADDEN
1455 CENTRE ST.
DETROIT, MI 48226
962-7210

U S Attorneys:
LAUBACH, VINCENT
226-7114

..........................................................................

PROCEEDINGS

02/04/77 US Attorney LAUBACH, VINCENT added to case (Dkt'd 02/04/77).

Case assigned to JUDGE JOINER (Dkt'd 03/30/80).

03/28/77 Attorney HALPERN, SHELDON added to case (Dkt'd 03/28/77).

04/15/77 Case closed: All counts terminated (Dkt'd 04/15/77).

.............................................................................

End of docket

DKTRPT 2:77cr80169-01 03/30/80 U.S. District Court, Eastern District of Michigan